UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 4:24-CR-40108 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance (21 U.S.C. §§ 841(a)(1) and 846) |
| CLARENCE WILLIAMS, a/k/a "CJ", ▮▮▮▮▮, and TRAVION DAWSON, a/k/a "Tiny", | Possession of a Firearm by a Prohibited Person (18 U.S.C. §§ 922(g)(1) and 924(a)(8)) |
| Defendants. | Forfeiture (18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)) |

The Grand Jury charges:

COUNT 1

Beginning on an unknown date and continuing until on or about August 5, 2024, in the District of South Dakota and elsewhere, the defendants, Clarence Williams, a/k/a "CJ", ▮▮▮▮▮▮▮▮▮▮, did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture and substance containing Methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

**QUANTITY OF METHAMPHETAMINE
INVOLVED IN THE CONSPIRACY**

With respect to the defendants Clarence Williams, a/k/a "CJ" ███ ███████████, their conduct as members of the narcotics conspiracy charged in this Indictment, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged therein, involved 500 grams or more of a mixture and substance containing Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT 2

Beginning on an unknown date and continuing until on or about August 5, 2024 in the District of South Dakota and elsewhere, the defendants, Clarence Williams, a/k/a "CJ", ████████████████████████, and Travion Dawson, a/k/a "Tiny", did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture and substance containing fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

**QUANTITY OF FENTANYL
INVOLVED IN THE CONSPIRACY**

With respect to the defendant Clarence Williams, a/k/a "CJ", ████████████, and Travion Dawson, a/k/a "Tiny", their conduct as members of the narcotics conspiracy charged in this Indictment, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged therein, involved 400 grams or more of a mixture or substance containing

Fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT 3

On or about August 5, 2024, in the District of South Dakota, the defendant, Clarence Williams, a/k/a "CJ", having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Samsun Yurt Savunma (SYS) A.S., Canik trademark name, model TP9SF, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number 22AT18654, which had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

A TRUE BILL:

**Name Redacted**
_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _*Conny Lawson*_

**FORFEITURE NOTICE**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

[3]

Upon conviction of the offense set forth in the Indictment, the defendant, Clarence Williams, a/k/a "CJ", shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Samsun Yurt Savunma (SYS) A.S., Canik trademark name, model TP9SF, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number 22AT18654.